United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATHEW MALIK PRINGLE,

          Plaintiff,

     v.

DINA JOSE, et al.,

          Defendants.

Case No. 21-cv-01348-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Mathew Malik Pringle's complaint was dismissed with leave to file an amended complaint. (Dkt. No. 6.)  The order was resent to Pringle when he changed his address.  There has been no response of any kind.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any motion to reopen must be clearly titled on the first page as "MOTION TO REOPEN."

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 30, 2021

_____

WILLIAM H. ORRICK
United States District Judge